UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN RUSH and JAYME RUSH, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF VALLEJO, et al.; <br><br> Defendants. | No.: 2:24-cv-01828-TLN-CSK <br><br> **SEALING ORDER** |

This matter is before the Court on Defendants' Request to Seal an MP4 audio/video recording of the body worn camera footage of Officer Stephanie Diaz (#720) taken during the incident referenced in Plaintiffs' Complaint. (ECF No. 8.) Defendants seek to seal the recording because it includes nudity of Plaintiff Jayme Rush. (*Id.*) Having considered Defendants' request and pursuant to Local Rule 141, the Court finds there are compelling reasons to seal the recording. Accordingly, the Court GRANTS Defendants' request.

IT IS SO ORDERED.

Date: October 29, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE