VERONICA A.F. NEBB
City Attorney, SBN 140001
**BY: KRISTOFFER S. JACOB**
Assistant City Attorney, SBN 320286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, Third Floor
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: Kristoffer.jacob@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO, TED GARCIA and ZACH HORTON

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN RUSH and JAYME RUSH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, TED GARCIA, ZACH HORTON and DOES 1-50,<br><br>Defendants. | Case No. 2:24-cv-01828-TLN-CSK<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL**<br><br>**DATE:** January 9, 2025<br>**TIME:** 2:00 p.m.<br>**DEPT:** 2, 15th Floor<br>**JUDGE:** Hon. Troy L. Nunley<br><br>**TRIAL DATE:** None |

On January 9, 2025, Defendants City of Vallejo, Ted Garcia, and Zach Horton's (collectively, "Defendants") Defendants' Request to Seal came on regularly for hearing before the Honorable Troy L. Nunley.

The Court having read and duly considered Defendants' Request to Seal and any opposition thereto, and having duly considered all evidence and arguments presented in connection therewith, GRANTS Defendants' Request and hereby orders that Exhibit A be sealed.

**IT IS SO ORDERED.**

DATED: November 20, 2024

_____
Troy L. Nunley
Chief United States District Judge