**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY: KRISTOFFER S. JACOB**
Assistant City Attorney, SBN 320286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel: (707) 648-4545
Email: kristoffer.jacob@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO, TED GARCIA, NOUR HARRATI, and DANIEL JENSEN

**PHILIP J. DOWNS, JR.**, SBN 302939
CHOLAKIAN & ASSOCIATES
461 Second Street, Suite 452
San Francisco, CA 94107
Tel: (650) 871-9544
Email: electronic.service@cholakian.net

Attorneys for Defendant SOLANO COUNTY

**STANLEY GOFF**, SBN 289564
LAW OFFICE OF STANLEY GOFF
15 Boardman Place, Suite 2
San Francisco, CA 94103
Tel: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiffs CALVIN RUSH and JAYME RUSH

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALVIN RUSH and JAYME RUSH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, TED GARCIA, NOUR HARRATI, DAN JENSEN, AND DOES 1-48, SOLANO COUNTY AND DOES 51-80,<br><br>Defendants. | Case No. 2:24-cv-01828-TLN-CSK<br><br>**STIPULATION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE; AND ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Calvin Rush and Jayme Rush, and Defendants City of Vallejo, Ted Garcia, Nour Harrati, Daniel Jensen, and Solano County, collectively referred to herein as the "Parties," by and through their designated counsel, that:

**WHEREAS**, a trial in this matter has not been set;

**WHEREAS**, the Parties have met and conferred, and agreed to schedule this matter for a settlement conference; and

**WHEREAS**, the Parties specifically request and stipulate to the referral of this matter to Chief Magistrate Judge Carol Delaney for a settlement conference.

1. Good cause exists to refer this matter to Chief Magistrate Judge Carol Delaney for a settlement conference.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: November 24, 2026

*/s/ Kristoffer S. Jacob*
Kristoffer S. Jacob
Assistant City Attorney
Attorney for Defendants CITY OF VALLEJO TED GARCIA, NOUR HARRATI, and DANIEL JENSEN

DATED: November 24, 2026

*/s/ Stanley Goff*
Stanley Goff
Attorney for Plaintiffs CALVIN RUSH and JAYME RUSH

DATED: November 24, 2026

*/s/ Philip J. Downs, Jr.*
Philip John Downs, Jr.
Attorney for Defendant COUNTY OF SOLANO

**ORDER**

The Court hereby orders that this case be referred to Chief Magistrate Judge Carol Delaney for a settlement conference.

**IT IS SO ORDERED.**

DATED: November 24, 2026

Troy L. Nunley
Chief United States District Judge